B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–00365**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Marfoe | Luellen Louise Marfoe |
| 5315 S. Melvina Avenue | fka Luellen Louise Rusanski |
| Chicago, IL 60638 | 5315 S. Melvina Avenue |
| | Chicago, IL 60638 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7672                               xxx–xx–7400

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        FOR THE COURT

Dated: <u>April 10, 2012</u>              <u>Kenneth S. Gardner, Clerk</u>
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-00365-CAD
Anthony Marfoe                                                      Chapter 7
Luellen Louise Marfoe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: admin         Page 1 of 2            Date Rcvd: Apr 10, 2012
                            Form ID: b18        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2012.
db/jdb    +Anthony Marfoe,  Luellen Louise Marfoe,   5315 S. Melvina Avenue,   Chicago, IL 60638-2617
18336563  +Mitsubishi Motors Credit of America, Inc,  Po Box 91614,   Mobile, AL 36691-1614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QDMGUTFELD.COM Apr 11 2012 01:24:00    Deborah Michelle Gutfeld,   Perkins Coie LLP,
             131 South Dearborn,   Chicago, IL 60603-5559
18336556   +EDI: BECKLEE.COM Apr 11 2012 01:24:00      American Express,   C/o Becket and Lee,   P.O. Box 3001,
             Malvern, PA 19355-0701
18336557   +EDI: BANKAMER.COM Apr 11 2012 01:25:00     Bank of America,   P.O. Box 26012,   NC4-105-03-14,
             Greensboro, NC 27420-6012
18336558   +EDI: BANKAMER.COM Apr 11 2012 01:25:00     Bank of America, N.A.,   P.O. Box 26012,
             NC4-105-03-14,   Greensboro, NC 27420-6012
18336559   +EDI: CHASE.COM Apr 11 2012 01:24:00       Chase,   ATTN: Bankruptcy Department,   P.O. Box 15298,
             Wilmington, DE 19850-5298
18336560   +EDI: CITICORP.COM Apr 11 2012 01:24:00    Citicorp,   Po Box 6500,   Sioux Falls, SD 57117-6500
18336561    EDI: DISCOVER.COM Apr 11 2012 01:24:00    Discover Financial Services,   2500 Lake Cook Rd.,
             Deerfield, IL 60015
18336562   +EDI: HFC.COM Apr 11 2012 01:25:00      Hsbc/Best Buy,   1405 Foulk Road,
             Wilmington, DE 19803-2769
18336564    EDI: USBANKARS.COM Apr 11 2012 01:23:00    US Bank, N.A.,   Bankruptcy/Recovery Department,
             P.O. Box 5229,   Cincinnati, OH 45201
                                                                                             TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2012**            **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: admin             Page 2 of 2               Date Rcvd: Apr 10, 2012
                              Form ID: b18            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2012 at the address(es) listed below:

        Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
        Joel P Fonferko    on behalf of Creditor  BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ND-Two@il.cslegal.com
        Mohammed O Badwan    on behalf of Debtor Anthony Marfoe courtinfo@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4